# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                      CASE NO: 3:01cr21-003

ALVAH LARRY WILLIAMS,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 120 months to 72 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 21 November 2001 shall remain unchanged.

    **ORDERED** this 27th day of July 2005.

                                                                *s/L.A. Collier*
                                                                 LACEY A. COLLIER
                                                   Senior United States District Judge